**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
**Sheri Guerami** (SBN 265231)
213.418.9340 | sguerami@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Fulton, Friedman & Gullace, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MEISELS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FULTON, FRIEDMAN & GULLACE, LLP,<br><br>　　　　Defendant. | Case No.: 2:17-CV-05120-SJO<br><br>**DEFENDANT FULTON, FRIEDMAN & GULLACE, LLP'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Civil L.R. 7.1-1] |

The undersigned, counsel of record for Defendant Fulton, Friedman & Gullace, LLP ("Defendant") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant has no publicly held parent company and there are no publicly held companies that hold a ten percent (10%) or more ownership interest in Defendant.

DATED: September 6, 2017

YU | MOHANDESI LLP

By  */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
Fulton, Friedman & Gullace, LLP

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2017, a true and correct copy of the foregoing Corporate Disclosure was electronically filed with the Clerk of the United States District Court for the Central District of California.

The undersigned further certifies that a true and correct copy thereof was forwarded via the Court's ECF system on September 6, 2017, to counsel for Plaintiff.

DATED: September 6, 2017

YU | MOHANDESI LLP

By  */s/ Brett B. Goodman*
     Brett B. Goodman