JS-6

FILED
CLERK, U.S. DISTRICT COURT
February 21, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVSION

Sara Meisels,

    Plaintiff,

  vs.

Fulton, Friedman & Gullace, LLP,

    Defendant.

Case No.: 2:17-cv-05120-SJO-SS

**ORDER**

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: February 21, 2018

*S. James Otero*
_____
Judge: S. James Otero